IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ELLEN L. FLEMING, | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. 1:10-CV-00973-SS |
| DELL INC., | § § | |
| Defendant. | § § | ORDER |

## ORDER

On this date came on for consideration Plaintiff's Unopposed Motion for Leave to Extend Response Deadline. After reviewing the Motion and pleadings on file, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Unopposed Motion for Leave to Extend Response Deadline is GRANTED.

IT IS FURTHER ORDERED that Plaintiff/Counter-Defendant Ellen Fleming shall file her Response to Defendant/Counter-Plaintiff's Motion for Partial Summary Judgment by September 28, 2011.

SIGNED this 23rd day of Sept, 2011.

HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE

833959